UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.: 8:25-cr-337-MSS-CPT

ALEXANDER TOLON

_____/

## WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Alexander Tolon, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including September 30, 2026, regarding the Indictment filed herein.

EXECUTED this 4th day of May 2026

_____
Alexander Tolon
Defendant

_____
Ryan J. Maguire
Assistant Federal Defender
Counsel for the Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Candace Garcia Rich, AUSA

CHARLES L. PRITCHARD JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

2